## DOANE v. BARBER.

### No. 9336; December 23, 1885.

#### 9 Pac. 89.

**Assessment—Findings—Facts in Issue.—Where the Validity of** an assessment is put in issue by the pleadings in an action, any fact or facts going to show that no valid assessment was ever levied are within the issues and properly included in the findings.

APPEAL from Superior Court, City and County of San Francisco.

J. M. Wood for appellant; Doyle, Barber & Scripture for respondent.

ROSS, J.—It was contended on behalf of the plaintiff that the third, fourth, and fifth findings of fact, on which the judgment given below rests, are not within the issues made by the pleadings, and cannot, therefore, be regarded. But the pleadings put in issue the question of assessment or no assessment (San Francisco v. Eaton, 46 Cal. 100), and any fact or facts going to show that no valid assessment was ever levied were, therefore, within the issues made by the pleadings. Judgment affirmed.

We concur: McKee, J.; McKinstry, J.